**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **PATRICIA CABORN** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**PORTFOLIO RECOVERY** )<br>**ASSOCIATES, LLC.,** )<br>Defendant ) | **Case No.: 4:15-cv-40168-DHH** |

## NOTICE OF SETTLEMENT

TO THE CLERK:

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: September 23, 2016      BY: */s/ Craig Thor Kimmel*
                                                         Craig Thor Kimmel, Esquire
                                                         Kimmel & Silverman, P.C.
                                                         30 E. Butler Avenue
                                                         Ambler, PA 19002
                                                         Phone: (215) 540-8888
                                                         Facsimile: (877) 788-2864
                                                         Email: kimmel@creditlaw.com
                                                         Attorney for the Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2016, a true and correct copy of the foregoing pleading was served via ECF to the below:

**Ranen S. Schechner**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7034
617-213-7001 (fax)
rschechner@hinshawlaw.com

**Andrew M. Schneiderman**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
617-213-7001 (fax)
aschneiderman@hinshawlaw.com

Dated: September 23, 2016                    BY: */s/ Craig Thor Kimmel*
                                             Craig Thor Kimmel, Esquire
                                             Kimmel & Silverman, P.C.
                                             30 E. Butler Avenue
                                             Ambler, PA 19002
                                             Phone: (215) 540-8888
                                             Facsimile: (877) 788-2864
                                             Email: kimmel@creditlaw.com
                                             Attorney for the Plaintiff