## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Carborn,**

       **Plaintiff(s),**

       **V.**

**Portfolio Recovery Associates, LLC,**

       **Defendant(s),**

**CIVIL ACTION**

**NO. 15-40168-TSH**

## SETTLEMENT ORDER OF DISMISSAL

**Hillman, D. J.**

    The Court having been advised on    September 23, 2016

that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                  By the Court,

 September 26, 2016                       /s/ Martin Castles
     Date                                        Deputy Clerk